# United States District Court
# Central District of California

| | |
|---|---|
| MARTIN VOGEL,<br>            Plaintiff,<br>    v.<br>WHC LLC,<br>            Defendant. | Case No. 8:15-cv-1741-ODW(KES)<br><br>**ORDER TO SHOW CAUSE RE. SETTLEMENT** |

In light of the Notice of Settlement (ECF No. 15), the Court hereby **ORDERS** the parties **TO SHOW CAUSE**, in writing, by May 19, 2016, why settlement has not been finalized. No hearing will be held. All other dates and deadlines in this action are **VACATED** and taken off calendar. The Court will discharge this Order upon the filing of a dismissal that complies with Federal Rule of Civil Procedure 41.

**IT IS SO ORDERED.**

March 17, 2016

_____
**OTIS D. WRIGHT, II**
**UNITED STATES DISTRICT JUDGE**